UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| CRYSTAL VIGIL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| BAYER, CORP., BAYER HEALTHCARE | )   Cause No. 1:16-CV-848 |
| LLC, BAYER ESSURE, INC., BAYER | ) |
| HEATHCARE PHARMACEUTICALS, | ) |
| INC., BAYER A.G., | ) |
| | ) |
| Defendants. | |

**MOTION TO REMAND**

Pursuant to 28 U.S.C. § 1447(c) and for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand, which Plaintiffs incorporate herein by reference, Plaintiffs move for an Order remanding this action to the Fourth Judicial District Court for the State of New Mexico for lack of subject matter jurisdiction.  Pursuant to D.N.M. LR-Civ. 7.1(a), Plaintiffs' counsel sought concurrence and Defendants oppose.  Plaintiffs seek such further and other relief as may be just and proper.

Respectfully submitted,

EGOLF + FERLIC + HARWOOD, LLC

By:     /s/ Kate Ferlic

Kate Ferlic
Brian Egolf
123 W. San Francisco Street, Second Floor
Santa Fe, New Mexico 87501
(505) 986-9641
kate@egolflaw.com
brian@egolflaw.com

and

FLEMING | NOLEN | JEZ, LLP
G. Sean Jez
George Fleming
Jessica Kasischke
David Hobbs
2800 Post Oak Blvd., Ste. 4000
Houston, Texas 77056
Telephone: (713) 621-7944
sean_jez@fleming-law.com
george_fleming@fleming-law.com
jessica_kasischke@fleming-law.com
david_hobbs@fleming-law.com
*Pro hac forthcoming*

and

ENNIS & ENNIS, P.A.
Holly Kelly Ennis, Esq.
110 E. Broward Blvd. Ste. 1700
Fort Lauderdale, FL 33301
(800) 856-6405
hckennis@ennislaw.com
*Pro hac forthcoming*
Attorneys for PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that a true and accurate copy of the foregoing was served on all counsel of record through the CM/ECF system and served the following counsel via electronic mail on this 3rd day of August, 2016.

Jennifer G. Anderson
Alex C. Walker
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.P.O. Box 2168
500 Fourth St. NW, Ste. 1000
Albuquerque, NM 87103-2168
Tel: 505-848-1800
jga@modrall.com
awalker@modrall.com

Jonathan F. Cohn
Rebecca K. Wood
SIDLEY AUSTIN LLP
1501 K Street, N.W.

Washington, DC  20005
Telephone: 202-736-8000
jfcohn@sidley.com
rwood@sidley.com

Maja C. Eaton
SIDLEY AUSTIN LLP
One S. Dearborn St.
Chicago, IL  60603
Telephone: (312) 853-7000
meaton@sidley.com

Attorney for Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer Essure, Inc., and Bayer HealthCare Pharmaceuticals Inc.

        /s/ Kate Ferlic